

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00293-CR

John Anthony **CLEDE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR3767
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 31, 2022.

_____
Beth Watkins, Justice